**IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION**

**D.R. HORTON, INC.;
D.R. HORTON, INC. – BIRMINGHAM; AND
D.R. HORTON, INC. – GULF COAST**                                          **PLAINTIFFS**

**V.**                                          **CAUSE NO. 1:19-CV-00329-LG-RHW**

**CANAL INDEMNITY INSURANCE**                                          **DEFENDANT**

---

### AGREED ORDER OF DISMISSAL WITH PREJUDICE

---

THIS MATTER came before the Court on joint Motion *ore tenus* of the Plaintiffs, D.R. Horton, Inc.; D.R. Horton, Inc. – Birmingham; and D.R. Horton, Inc. – Gulf Coast, and Defendant, Canal Indemnity Company,[1] seeking to dismiss the above-styled and numbered cause with prejudice, and the Court, being fully advised in the premises, and being further advised that the parties have amicably resolved their disputes finds that the matter should be dismissed with prejudice.  It is therefore,

ORDERED AND ADJUDGED that the above-styled and numbered cause shall be and is hereby dismissed with full and complete prejudice as to all claims.

IT IS FURTHER ORDERED AND ADJUDGED that this Agreed Order of Dismissal is being entered as a condition of the settlement between the parties and the Court retains jurisdiction over the enforcement, if any, of the settlement.

IT IS FURTHER ORDERED AND ADJUDGED that the parties shall bear their

---

[1] Canal Indemnity Company was improperly named as Canal Indemnity Insurance by Plaintiffs in the style of their Complaint and as Canal Insurance Company in Paragraph No. 2 of their Complaint.

respective costs and attorney's fees.

      SO ORDERED AND ADJUDGED, this the 21st day of January, 2020.


s/ *Louis Guirola, Jr.*
UNITED STATES DISTRICT JUDGE


APPROVED BY:


*/s/ Peter C. Abide*
PETER C. ABIDE, ESQUIRE (MSB #1026)
*Attorney for Plaintiffs*


*/s/ R. Douglas Morgan*
R. DOUGLAS MORGAN, ESQUIRE (MSB #100025)
*Attorney for Defendant*